**FILED**

08/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0022

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0022

_____

IN THE MATTER OF:

M.Z.L.,                                          O R D E R

       A Youth in Need of Care.


_____


Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Kathy Seeley, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 30 2023